**Order entered March 26, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01415-CR

**PAUL MALONE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-13564-H**

## ORDER

The Court **REINSTATES** the appeal.

On January 10, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We did not receive findings, but on March 25, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
          JUSTICE